# GIBSON DUNN

August 21, 2025

Mylan L. Denerstein
Partner
T: +1 212.351.3850
M: +1 718.869.1671
mdenerstein@gibsondunn.com

<u>VIA ELECTRONIC FILING</u>

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
August 22, 2025

Re:   *Holland v. Christian Dior, Inc. et al.*, No. 25-cv-6200-RA (S.D.N.Y.)

Dear Judge Abrams:

Pursuant to Section 1(D) of this Court's Individual Rules of Practice in Civil Cases, Defendant Christian Dior, Inc. respectfully requests to stay the deadline to respond to Plaintiff's Class Action Complaint (the "Complaint") filed on July 28, 2025. *See* Dkt. 1. This is the first request for an extension of time to respond to the Complaint and Plaintiff consents to this request.

Defendant Christian Dior, Inc. was served through its registered agent on August 13, 2025, and its response to the Complaint is currently due on September 3, 2025. *See* Fed. R. Civ. P. 12(a). The other Defendant in this action, Christian Dior Couture SAS, a foreign corporation, has not yet been served.

On August 8, 2025, Plaintiff in this action, along with plaintiffs in several recently filed related actions,[1] filed a Motion to Consolidate Actions and Appoint Interim Class Counsel and an Executive Committee in the first-filed case, captioned *Beata Toikach v. Christian Dior, Inc.*, No. 25-cv-6055-JAV (S.D.N.Y. Aug. 8, 2025), Dkt. No. 12 (the "Motion to Consolidate"). This Motion to Consolidate is pending and seeks to (1) consolidate this, and the other related actions, into the first-filed action; (2) appoint Plaintiffs' proposed leadership structure; (3) stay this action and the Defendants' responsive pleading deadlines in this action; and (4) require the filing of a consolidated class action complaint in the proposed lead case. A copy of Plaintiffs' Motion to Consolidate is attached as **Exhibit A**.

Defendant Christian Dior, Inc. respectfully requests that, in light of Plaintiffs' Motion to Consolidate and in the interest of efficiency, its time to answer, move, or otherwise respond to the Complaint in this action be stayed, and that the scheduled October 3, 2025 Initial Status Conference and September 26, 2025 deadline for a Proposed Case Management Plan and Scheduling Order be adjourned pending a ruling on the Motion to Consolidate. Plaintiff does not oppose this request.

We thank the Court for its consideration of this request.

---

[1] *Beata Toikach v. Christian Dior, Inc.*, No. 25-cv-6055-JAV (S.D.N.Y.) (first-filed action); *Michael Toikach v. Christian Dior, Inc.*, No. 25-cv-6058-JGK (S.D.N.Y.); *Bhatt et al., v. Christian Dior, Inc.*, No. 25-cv-6205-MKV (S.D.N.Y.), and *Nguyen v. Christian Dior, Inc.*, No. 25-cv-6270-LJL (S.D.N.Y.).

**GIBSON DUNN**

August 21, 2025<br>Page 2

Respectfully Submitted,

*/s/ Mylan L. Denerstein*
Mylan L. Denerstein

cc:    All Counsel of Record via ECF

# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEATA TOIKACH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN DIOR, INC., and CHRISTIAN DIOR COUTURE SAS,<br><br>Defendants. | **Case No.: 1:25-cv-06055-JAV**<br><br>**JUDGE JEANNETTE A. VARGAS** |
| MICHAEL TOIKACH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN DIOR, INC., and CHRISTIAN DIOR COUTURE SAS,<br><br>Defendants. | **Case No.: 1:25-cv-06058-JGK** |
| SCOTT HOLLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN DIOR, INC., and CHRISTIAN DIOR COUTURE SAS,<br><br>Defendants. | **Case No.: 1:25-cv-06200-RA** |

| | |
|---|---|
| RAVEEN BHATT and PORTIA MARIE SMITHSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>CHRISTIAN DIOR, INC., and CHRISTIAN DIOR COUTURE SAS,<br><br>Defendants | Case No.: 1:25-cv-06205-MKV |
| RALPH NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>CHRISTIAN DIOR, INC.,<br><br>Defendant | Case No.: 1:25-cv-06270-LJL |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CLASS COUNSEL AND AN EXECUTIVE COMMITTE**

**PLEASE TAKE NOTICE THAT**, Plaintiffs in the above-captioned actions ("Plaintiffs"), individually, and on behalf of all those similarly situated, respectfully request that the Court: (1) pursuant to Federal Rule of Civil Procedure 42(a), consolidate the above-styled actions into to the first-filed *Toikach v. Christian Dior, Inc. et*, No. 1:25-cv-06055 ("Toikach I"), as well as any other future actions filed or transferred related actions (collectively, the "Related Actions") against Defendants, Christian Dior, Inc. and Christian Dior Couture SAS ("Defendants") under the new case style: "*In re Christian Dior Data Breach Litigation*"; (2) appoint Plaintiffs' leadership structure consisting of Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC and Jeff Ostrow of Kopelowitz Ostrow, P.A. as Interim Co-Lead Class Counsel ("Proposed

2

Interim Co-Lead Class Counsel"), and Manuel Hiraldo of Hiraldo P.A., Amber L. Schubert of Schubert Jonckheer & Kolbe, and J. Hunter Bryson of Bryson Harris Suciu & DeMay PLLC as members of an Executive Committee ("Proposed Executive Committee"); (3) stay the Related Actions, including any of the Defendants' responsive pleading deadlines; and (4) require the filing of a consolidated class action complaint ("Consolidated Complaint") within thirty (30) days of entry of an order consolidating the cases and appointing leadership.[1]

DATED: August 8, 2025              Respectfully Submitted,

/s/ *Vicki J. Maniatis*
Vicki J. Maniatis (Bar No. 2578896)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 10022
Tel.: (516) 491-4665
vmaniatis@milberg.com

Gary M. Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: (847) 208-4585
gklinger@milberg.com

Courtney Maccarone
Jeff Ostrow (*pro hac vice* forthcoming)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
maccarone@kolawyers.com
ostrow@kolawyers.com

---

[1] Plaintiffs' counsel has not conferred with Defendants on this motion because Defendants' counsel has yet to enter an appearance in any of the Related Actions.

Amber L. Schubert (*pro hac vice* forthcoming)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St., Ste. 200
San Francisco, CA 94123
Telephone: 415-788-4220
Facsimile: 415-788-0161
aschubert@sjk.law

Manuel S. Hiraldo, Esq. (*pro hac vice* forthcoming)
**HIRALDO P.A.**
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: 954.400.4713
Email: mhiraldo@hiraldolaw.com

Jason P. Sultzer, Esq.
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

J. Hunter Bryson (*pro hac vice* forthcoming)
**BRYSON HARRIS SUCIU & DEMAY PLLC**
900 W Morgan street,
Raleigh, NC 27603
Tel.: (919) 539-2708
Email: Hbryson@brysonpllc.com

*Counsel for Plaintiffs and the Proposed Class*

## FILER'S ATTESTATION

Pursuant to S.D.N.Y Electronic Case Filing Rules & Instructions 8.5, I hereby attest that each of the other signatories have concurred in the filing of this document.

/s/ *Vicki J. Maniatis*
Vicki J. Maniatis

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record for each party in the above-captioned actions sought to be consolidated via electronic mail on this 8th day of August, 2025

/s/ *Vicki J. Maniatis*
Vicki J. Maniatis